**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 25, 2020

**By ECF**

Hon. Kenneth M. Karas
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Raphael v. Comm'r of Soc. Sec.*, No. 18-cv-6120 (KMK) (LMS)

Dear Judge Karas:

This Office represents the Andrew M. Saul, the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff challenges the Commissioner's decision to deny her application for Social Security disability benefits.

I respectfully write to request a 30-day extension of the Commissioner's time to respond to the plaintiff's counsel's motion for fees under U.S.C. § 406(b)(1) (Dkt. Nos. 25-26), from today, November 25, 2020, to December 25, 2020. The Commissioner has no direct financial stake in § 406(b) matters, but he plays a part in the fee determination "resembling that of a trustee for the claimants." *Gisbrecht v. Barnhart*, 535 U.S. 789, 798 n.6 (2002); *see Wells v. Bowen*, 855 F.2d 37, 47 (2d Cir. 1988). The requested extension would allow the Commissioner to present the Court with the Commissioner's view to facilitate the proper administration of the attorney's fees provision contained in § 206(b) of the Social Security Act, 42 U.S.C. § 406(b).

The plaintiff's counsel consents to this request for an extension. This is the Commissioner's first request for an extension of time to respond to the instant motion, and the second request for an extension of time in this case. The Court previously granted the Commissioner a two-week extension of time to respond to the plaintiff's motion for attorney's fees under the Equal Access to Justice Act. (Dkt. No. 22.) I apologize for the lateness of this request, but I had hoped to be able to meet the current deadline and that the request would be unnecessary.

Case 7:18-cv-06120-KMK-LMS Document 27 Filed 11/25/20 Page 2 of 2
Case 7:18-cv-06120-KMK-LMS Document 28 Filed 11/27/20 Page 2 of 2

Page 2

I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

BY: /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Fax: (212) 637-2750
Email: amanda.parsels@usdoj.gov

cc: Howard Olinsky, Esq. (by ECF)
*Attorney for Plaintiff*

Granted.

So Ordered.

11/25/20