UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Brittany Raphael,

                Plaintiff,              **ORDER**

      -against-              18 Civ. 6120 (KMK)(AEK)

Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Plaintiff's motion for attorneys' fees, *see* ECF No. 25, was referred to the undersigned for a Report and Recommendation on January 4, 2021, *see* ECF No. 29.

      On November 25, 2020, Defendant requested a 30-day extension of time to respond to the motion for attorneys' fees. ECF No. 27. The Honorable Kenneth M. Karas granted the extension, making the new deadline December 25, 2020. ECF No. 28. To date, Defendant has not filed a response to the motion. Defendant is hereby directed to advise the Court whether he still intends to submit a response to the motion; if so, Defendant must submit a request for a *nunc pro tunc* extension no later than Tuesday, January 19, 2021. Any such request must include a statement regarding Plaintiff's position on the application.

Dated:  January 14, 2021
           White Plains, New York

                                            **SO ORDERED.**

                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge